UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re BRENDA MURPHY SUBPOENA<br>-------------------------------------------------------<br>JONATHAN BERALL, M.D., M.P.H.,<br>     Plaintiff,<br>     v.<br>VERATHON INC., *et al.*,<br>     Defendants. | Cause No. MC21-0043RSL<br><br>ORDER |

On April 1, 2021, Verathon Inc. filed a motion for protective order and to quash subpoenas issued to third-party Brenda Murphy. The plaintiff in the underlying matter, Jonathan Berall, filed a motion to transfer and a motion to stay, requests that Verathon has now opposed. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 14th day of April, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 1